DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS SILQUERO EHRLICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-0275 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND ORDER THEREON |
| v. | Date: March 3, 2008 |
| MARCUS SILQUERO EHRLICH, | Time: 9:00 a.m. |
| | Judge: Honorable Oliver W. Wanger |
| Defendant. | |

**STIPULATION**

It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and responses thereto are continued as follows: Defendant's motions are to be filed on or before February 4, 2008, the government's responses, if any, are due on or before February 25, 2008. The hearing on the motions currently scheduled for February 25, 2008, at 9:00 a.m., is continued to **March 3, 2008, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time for defense preparation.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best

///

///

interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: January 11, 2008                     By:    /s/ David L. Gappa
                                                              DAVID L. GAPPA
                                                              Assistant U.S. Attorney
                                                              Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: January 11, 2008                     By:    /s/ Marc C. Ament
                                                               MARC C. AMENT
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              Marcus Silquero Ehrlich

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

      IT IS SO ORDERED.

**Dated:   January 11, 2008**                  **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE