```
McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>    v.                        )<br>                              )<br>MARCUS EHRLICH,               )<br>                              )<br>           Defendant.____     )<br>_____) | CR-F-07-00275 OWW<br><br>STIPULATION TO RESCHEDULE<br>HEARING DATE<br><br>DATE: March 10, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Three<br>HON: Oliver W. Wanger |

## STIPULATION

The parties agree that the hearing on the defendant's motion should be continued one week to March 10, 2008, at 9:00 a.m. The parties also agree that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

Dated:    February 29, 2008          Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ David L. Gappa
                                 By: DAVID L. GAPPA
                                     Assistant U.S. Attorney

                                     /s/ Marc Ament
                                     Marc Ament
                                     Counsel for Marcus Ehrlich

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-07-00275 OWW |
| Plaintiff, ) | |
| v. ) | |
| MARCUS EHRLICH, ) | |
| Defendant. ) | |

ORDER

The court has reviewed and considered the stipulation of the parties to continue the matter one week.  Good cause having been shown, the hearing on the motions will be held on March 10, 2008, at 9:00 a.m. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).
IT IS SO ORDERED.

**Dated:   February 29, 2008**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

2