DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS SILQUERO EHRLICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:07-cr-0275 OWW |
| ) | |
| *Plaintiff*, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | SCHEDULE AND ORDER THEREON |
| v. ) | |
| ) | Date:  May 27, 2008 |
| MARCUS SILQUERO EHRLICH, ) | Time:  9:00 a.m. |
| ) | Judge: Honorable Oliver W. Wanger |
| *Defendant*. ) | |

**STIPULATION**

It is hereby stipulated by and between the parties, that the dates for filing of pretrial motions and responses thereto are continued as follows: Defendant's motions are to be filed on or before April 28, 2008, the government's responses, if any, are due on or before May 12, 2008.  The hearing on the motions currently scheduled for April 21, at 9:00 a.m., is continued to **May 27, 2008, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant additional time for defense preparation and further legal research.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and pursuant to subd. (8)(A) and (B) in that the ends of justice served by the continuance outweigh the best

///

///

///

interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED:  March 28, 2008                 By:    /s/  David L. Gappa
                                                      DAVID L. GAPPA
                                                        Assistant U.S. Attorney
                                                         Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: March 28, 2008                 By:    /s/ Marc C. Ament
                                                      MARC C. AMENT
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       Marcus Silquero Ehrlich

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

     IT IS SO ORDERED.

**Dated:   March 28, 2008**                   **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE