McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MARCUS EHRLICH,<br><br>            Defendant. | CR-F-07-00275 OWW<br><br>STIPULATION TO RESCHEDULE<br>HEARING DATE<br><br>DATE: June 16, 2008<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Three<br>HON: Oliver W. Wanger |

STIPULATION

The parties agree that the hearing on the defendant's motions should be continued to June 16, 2008, at 9:00 a.m. The parties also agree that the government response to the defendant's motion shall be filed by June 11, 2008, and the defendant's optional reply shall be filed by June 13, 2008. The reason for the requested change in schedule is that both parties will be starting a jury trial in the case of <u>United States v. Bradley Smith</u>, CR-F-07-00194 LJO, on May 12, 2008, and this has interfered with an opportunity to file more a more reasoned response and reply.

1

The parties further agree that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

Dated:   May 11, 2008                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         /s/ David L. Gappa
                                    By:  DAVID L. GAPPA
                                         Assistant U.S. Attorney

                                         /s/ Marc Ament
                                         Marc Ament
                                         Counsel for Marcus Ehrlich

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )  CR-F-07-00275 OWW
                             )
            Plaintiff,       )
                             )
     v.                      )
                             )
MARCUS EHRLICH,              )
                             )
            Defendant._____  )
_____)
```

ORDER

The court has reviewed and considered the stipulation of the parties to continue the matter until June 16, 2008. Good cause having been shown, the hearing on the motions will be held on June 16, 2008, at 9:00 a.m. The filing schedule is modified as outlined in the parties' stipulation. It is further ordered that any delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(I).

IT IS SO ORDERED.

**Dated:   May 12, 2008**                     **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE