DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS SILQUERO EHRLICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-0275 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | ) ) | Date: November 16, 2009 |
| MARCUS SILQUERO EHRLICH, | ) ) | Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |
| *Defendant.* | ) ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the sentencing in the above captioned matter scheduled for October 26, 2009 at 9:00 a.m. may be continued to **November 16, 2009 at 9:00 a.m.**

   This stipulation is entered into at the defendant's request as the defendant needs additional time to locate a residential drug treatment program that he might be able to enter.

///
///
///
///
///
///
///

|   |   |   |
|---|---|---|
| 1 | | LAWRENCE BROWN |
| 2 | | United States Attorney |
| 3 | DATED: October 22, 2009 | By:  /s/ *David Gappa* |
| 4 | | DAVID GAPPA<br>Assistant U.S. Attorney |
| 5 | | Attorney for Plaintiff |

 

                                  DANIEL J. BRODERICK
                                  Federal Public Defender

DATED: October 22, 2009      By:  /s/ *Victor M. Chavez*
                                  VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Marcus Silguero Ehrlich

**O R D E R**

IT IS SO ORDERED.

**Dated:     October 22, 2009**                    /s/ **Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE