DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCUS SILQUERO EHRLICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-0275 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | Date:  February 6, 2012 |
| MARCUS SILQUERO EHRLICH, | Time:  1:30 p.m. |
| Defendant. | Judge: Barbara A. McAuliffe, Magistrate |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record that the status conference hearing in the above captioned matter scheduled for January 11, 2012, at 1:30 p.m. may be continued to **February 6, 2012, at 1:30 p.m.** This is a violation of supervised release which is pending before the Duty Magistrate.

Counsel for Mr. Ehrlich seeks this stipulation as he will not be available on January 11, 2012, due to annual leave.  The additional time is also needed for investigation.  Counsel anticipates a resolution of the case on February 6, 2012.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: January 5, 2012 | | By: | /s/ *Jeremy R. Jehangiri*<br>JEREMY R. JEHANGIRI<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | | | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED:  January 5, 2012 | | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>Marcus Silguero Ehrlich |

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 6, 2012**                                /s/ **Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE

ERLICH: Stipulation Continuing Status Conference Hrg

2